April 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00038-CV

JANE NELSON IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE FOR THE STATE OF TEXAS, Appellant

V.

JARRETT WOODWARD AND HEATHER COUCHMAN, Appellees

This cause, an appeal from the judgment in favor of appellees, Jarrett Woodward and Heather Couchman, signed, February 8, 2024, was heard on the appellate record. We have inspected the record and find reversible error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the case is dismissed with prejudice.

We further order this decision certified below for observance.

Judgment Rendered April 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.